IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEORGE WARD,   CASE NO.: 5:17-CV-00128-RBD-PRL

    Plaintiff,

vs.

STERLING JERELERS, INC.,
d/b/a KAY JEWELERS,

    Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: April 25, 2017

                                          **BOSS LAW**

                                          */s/ Christopher W. Boss*
                                          Christopher W. Boss, Esq.
                                          Florida Bar No.: 13183
                                          Email:cpservice@protectyourfuture.com
                                          9887 Fourth Street North, Suite 202
                                          St. Petersburg, Florida  33702
                                          Telephone: (727) 471-0039
                                          Facsimile: (727) 471-1206
                                          *Counsel for Plaintiff*

*[Certificate of service on following page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on April 25, 2017.

                                        **BOSS LAW**

                                        /s/ Christopher W. Boss
                                        **Christopher W. Boss, Esq.**
                                        Fla. Bar No.: 013183
                                        Service Email: cpservice@protectyourfuture.com
                                        9887 Fourth Street North, Suite 202
                                        St. Petersburg, Florida 33702
                                        Phone: (727) 471-0039
                                        Fax: (888) 503-2182
                                        **Attorney for Plaintiff**