**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**GEORGE WARD,**

        **Plaintiff,**

v.                                                  Case No:   5:17-cv-128-Oc-37PRL

**STERLING JEWELERS, INC.,**

        **Defendant.**

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntarily Dismissal with Prejudice (Doc. 11), filed April 26, 2017.   No answer has been filed.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED** with each party to bear their own fees and costs.   The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 27th day of April, 2017.

*[signature]*
ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record